UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SEBASTIAN CORREA MORALES, | ) | Hon. Natasha C. Merle |
| *Petitioner,* | ) | |
| | ) | Civ. No. 24-7951 |
| -against- | ) | |
| | ) | |
| JULIANA ESCOBAR RESTREPO, | ) | |
| *Respondent.* | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Juliana Escobar Restrepo, Respondent in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order dated March 28, 2025 (ECF No. 62) granting Petitioner's Petition and ordering the return of the parties' child to Colombia pursuant to the Hague Convention.

Dated: New York, New York
April 4, 2025

/s/ Edgar Loy Fankbonner
Edgar Loy Fankbonner
GOLDBERGER & DUBIN, PC
401 Broadway, Suite 306
New York, New York 10013
Tel.: (212) 431-9380
Fax: (212) 966-0588
Cell: (917) 796-7406
fankbonner@gmail.com
*Attorneys for Respondent*

1

CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing Notice to be served on the following parties by uploading a true and correct copy thereof to the Court's ECF portal:

Camilla Redmond, Esq., Richard Min, Esq., and Michael Banuchis, Esq.
Costal Green Kaminer Min & Rockmore LLP
420 Lexington Ave. Ste. 2821
New York, NY 10170

Dated: New York, New York
      April 7, 2025

/s/ Edgar Loy Fankbonner
Edgar Loy Fankbonner
Goldberger & Dubin, PC
401 Broadway, Suite 306
New York, New York 10013
Tel.: (917) 796-7406
fankbonner@gmail.com
*Attorneys for Respondent*

APPEAL,ACO,DECLINED−CONSENT,MJI

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:24−cv−07951−NCM−TAM

| | |
|---|---|
| Correa Morales v. Escobar Restrepo<br>Assigned to: Judge Natasha C. Merle<br>Referred to: Magistrate Judge Taryn A. Merkl<br>Cause: 42:11601 − INTERNATIONAL CHILD ABDUCTION REMEDIES | Date Filed: 11/15/2024<br>Date Terminated: 03/31/2025<br>Jury Demand: None<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**Petitioner**

**Sebastian Correa Morales**     represented by     **Michael Banuchis**
420 Lexington Avenue
Ste 2834
New York, NY 10170
212−681−6400
Email: mbanuchis@bgmlaw−nyc.com
*ATTORNEY TO BE NOTICED*

**Richard Min**
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue
Suite 2821
New York, NY 10170
212−257−1944
Fax: 212−681−6999
Email: rmin@gkmrlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Juliana Escobar Restrepo**     represented by     **Edgar Loy Fankbonner**
Goldberges & Dubin PC
401 Broadway,
Suite 306
New York, NY 10013
212−431−9380
Fax: 212−966−0588
Email: gnd401@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Juliana Escobar Restrepo**     represented by     **Edgar Loy Fankbonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Sebastian Correa Morales**     represented by     **Michael Banuchis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Min**
(See above for address)

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2024 | 1 | COMPLAINT *for Return of Child to Colombia* against Sebastian Correa Morales filing fee $ 405, receipt number ANYEDC–18498450 Was the Disclosure Statement on Civil Cover Sheet completed –YES,, filed by Sebastian Correa Morales. (Attachments: # 1 Exhibit Ex A – Hague Convention, # 2 Exhibit Ex B – ICARA, # 3 Exhibit Ex C – Travel Authorization, # 4 Exhibit Ex D – Flight, # 5 Exhibit Ex E – Order of Dismissal, # 6 Proposed Summons Proposed Summons, # 7 Civil Cover Sheet Civil Cover Sheet) (Min, Richard) (Entered: 11/15/2024) |
| 11/15/2024 | | Case Assigned to Magistrate Judge Taryn A. Merkl. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (KD) (Entered: 11/15/2024) |
| 11/15/2024 | 2 | Clerks Notice Re: Consent. A magistrate judge has been assigned as the presiding judge in this case as part of a Pilot Program, governed by EDNY Administrative Order 2023–23. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. The form is also available here: https://www.nyed.uscourts.gov/edny–direct–assignment–pilot–program. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent. Unless all parties consent to the Magistrate Judge jurisdiction by the deadline set forth in the Administrative Order 2023–23, a District Judge will be assigned to the case. The parties are directed to review the terms of Administrative Order 2023–23 and other materials related to the Pilot Program on the Courts website: https://www.nyed.uscourts.gov/edny–direct–assignment–pilot–program. (KD) (Entered: 11/15/2024) |
| 11/15/2024 | 3 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (KD) (Entered: 11/15/2024) |
| 11/15/2024 | 4 | Summons Issued as to Juliana Escobar Restrepo. (KD) (Entered: 11/15/2024) |
| 11/18/2024 | | ORDER: The Court is in receipt of Plaintiff's complaint 1 . Plaintiff is respectfully directed to serve Defendant **as soon as practicable**, and to file a status report with the Court by **12/9/2024**. In the event the parties are prepared to be referred to mediation or a settlement conference before the Court prior to the 12/9/2024 status report, they may submit a letter motion via ECF at any time. Ordered by Magistrate Judge Taryn A. Merkl on 11/18/2024. (KKS) (Entered: 11/18/2024) |
| 11/19/2024 | 5 | MOTION to Expedite *Proceedings*, MOTION for Temporary Restraining Order *to Prevent Further Removal of Child from Jurisdiction* by Sebastian Correa Morales. (Attachments: # 1 Proposed Order Proposed Order) (Min, Richard) (Entered: 11/19/2024) |
| 11/20/2024 | | NOTICE to Assign District Judge: The Clerk of Court is directed to reassign this case to a district judge. (KC) (Entered: 11/20/2024) |
| 11/20/2024 | | Case Reassigned to Judge Natasha C. Merle and Magistrate Judge Taryn A. Merkl. Magistrate Judge Taryn A. Merkl no longer assigned as presider to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (DA) (Entered: 11/20/2024) |
| 11/20/2024 | 6 | ORDER TO SHOW CAUSE & TEMPORARY RESTRAINING –– Respondent is directed to show cause before this Court on November 26, 2024, at 12:00 PM, as to why an order should not be entered granting the petitioner the relief requested in his 5 motion. Pending the determination of petitioner's application and entry of an order thereon, respondent, or any person acting in concert with respondent, is prohibited |

| | | |
|---|---|---|
| | | from removing the Child from the state of New York. Respondent shall deposit with the Clerk of the Court any and all passports or other travel documents in the Child's name as soon as possible, but no later than November 26, 2024, at 12:00 PM. Petitioner is directed to serve respondent with the petition and accompanying papers by November 22, 2024; and file proof of personal service upon respondent with the Court by November 25, 2024. **ORDER ATTACHED**. Ordered by Judge Natasha C. Merle on 11/20/2024. (AG) (Entered: 11/20/2024) |
| 11/25/2024 | 7 | NOTICE of Appearance by Michael Banuchis on behalf of Sebastian Correa Morales (aty to be noticed) (Banuchis, Michael) (Entered: 11/25/2024) |
| 11/25/2024 | 8 | AFFIDAVIT of Service for Petition, Order, ECF Docket served on Juliana Escobar Restrepo on 11/22/24, filed by Sebastian Correa Morales. (Banuchis, Michael) (Entered: 11/25/2024) |
| 11/26/2024 | | CLERK'S ANNOTATION re 6 Order to Show Cause – Two passports for the minor child have been submitted to the Clerk's Office and will be placed in the vault for safe keeping. The passports will not be released without further direction from the Court. (TLH) (Entered: 11/26/2024) |
| 11/26/2024 | | Minute Entry for proceedings held before Judge Natasha C. Merle: Show Cause Hearing held on 11/26/2024. Appearances: Michael Banuchis and Camilla Redmond (not yet admitted) appeared on behalf of petitioner; and respondent Juliana Escobar Restrepo appeared *pro se*. The Court set the following briefing schedule: respondent's responsive pleading to the petition is due on or before December 10; and petitioner's reply, if any, is due on or before December 17. By December 2, 2024, petitioner shall file a status letter addressing whether respondent consents to an extension of the 6 Temporary Restraining Order until a hearing on the petition. If she does not, petitioner shall inform the Court what further relief he seeks regarding the TRO. In the same letter, petitioner shall inform the Court whether the parties would like to explore settlement. Petitioner is directed to serve a copy of this minute entry on the respondent. (Court Reporter Jamie Stanton.) (AG) (Entered: 11/26/2024) |
| 12/02/2024 | 9 | Letter *re: Status Update* by Sebastian Correa Morales (Banuchis, Michael) (Entered: 12/02/2024) |
| 12/05/2024 | | ORDER re 9 Letter *re: Status Update* filed by Sebastian Correa Morales –– Pursuant to petitioner's 9 letter, the parties are referred to Judge Merkl for purposes of conducting a settlement conference. Given the nature of this proceeding, the parties shall jointly file a proposed discovery plan with agreed–upon scope and deadlines by December 19, 2024. The parties are reminded that any discovery should be limited, given the expedited timeline of this case. In their proposed discovery plan, the parties are instructed to propose three mutually agreeable options for a two–day hearing on the 1 petition. On consent, until the hearing on the 1 petition, respondent is enjoined from removing or assisting in the removal of the Child from the state of New York and will leave the Child's passports and other travel documents deposited with the Court. Petitioner is directed to serve a copy of this order on the respondent. Ordered by Judge Natasha C. Merle on 12/5/2024. (AG) (Entered: 12/05/2024) |
| 12/06/2024 | | SCHEDULING ORDER: A telephonic Pre–Settlement Status Conference will be held on **12/12/2024 at 12:00 p.m.** before Magistrate Judge Taryn A. Merkl. The Court notes that, because it is a pre–settlement status conference, the parties are not required to attend. Counsel are directed to call the number **(571) 353–2301**. The meeting ID is **362861721**. Counsel shall dial in five (5) minutes before the scheduled conference. Ordered by Magistrate Judge Taryn A. Merkl on 12/6/2024. (KC) (Entered: 12/06/2024) |
| 12/09/2024 | 10 | Letter *re: rescheduling conference* by Sebastian Correa Morales (Banuchis, Michael) (Entered: 12/09/2024) |
| 12/10/2024 | | ORDER: The Court is in receipt of Plaintiffs letter 10 requesting adjournment of the pre–settlement status conference currently set for 12/12/2024. The Court hereby grants that request. The telephonic Pre–Settlement Status Conference will now be held via video on **12/17/2024 at 12:15 p.m.** before Magistrate Judge Taryn A. Merkl. The Zoom video feed link has been emailed to Counsels for Petitioner. The Court respectfully directs counsel to provide Respondent with a copy of this Order and the video link information. Ordered by Magistrate Judge Taryn A. Merkl on 12/10/2024. |

| | | |
|---|---|---|
| | | (KC) (Entered: 12/10/2024) |
| 12/10/2024 | 11 | NOTICE of Appearance by Edgar Loy Fankbonner on behalf of Juliana Escobar Restrepo (aty to be noticed) (Fankbonner, Edgar) (Entered: 12/10/2024) |
| 12/10/2024 | 12 | Letter MOTION for Extension of Time to File Answer *to Petition* by Juliana Escobar Restrepo. (Fankbonner, Edgar) (Entered: 12/10/2024) |
| 12/11/2024 | | ORDER granting 12 Motion for Extension of Time to Answer by Juliana Escobar Restrepo –– The request is granted. Respondent's responsive pleading to petitioner's motion is due on or before December 24, 2024. Petitioner's reply, if any, is due on or before January 6, 2025. Ordered by Judge Natasha C. Merle on 12/11/2024. (AG) (Entered: 12/11/2024) |
| 12/17/2024 | | Minute Entry and Order: A telephonic Pre–Settlement Status Conference was held on 12/17/2024 before Magistrate Judge Taryn A. Merkl. Appearances by Richard Min for Plaintiff and Edgar Loy Fankbonner for Defendant. Discussion held regarding case status and discovery. An initial Settlement Conference will be held via video on **1/3/2025 at 11:00am** before Magistrate Judge Taryn A. Merkl. The parties are directed that each individual client and/or a principal with full settlement authority for a corporation or other business entity must personally appear with counsel at the initial settlement conference. In advance of the conference, the parties are directed to submit their respective short *ex parte* settlement positions via Chambers email, merkl_chambers@nyed.uscourts.gov, no later than **1/2/2025 at 2:00pm**. As discussed, the statements should include an overview of the client's settlement position, a history of any settlement discussions to date, and any factual information that is pertinent to assessing the strengths and weaknesses of each party's position at trial. The Court may schedule *ex parte* telephone calls with counsel after review of the statements. The parties are also directed to make any arrangements for interpreters, if needed, to facilitate the settlement conference. The parties are instructed to contact Magistrate Judge Merkl's deputy to retrieve the video feed link. The public can dial the toll–free number 1–646–828–7666 and enter Meeting ID 160 3477 8681# and Passcode 525035#. Ordered by Magistrate Judge Taryn A. Merkl on 12/17/2024. (Cisco Log #12:22–12:37.) (KKS) (Entered: 12/17/2024) |
| 12/19/2024 | 13 | STIPULATION *for Jointly Proposed Schedule* by Sebastian Correa Morales (Min, Richard) (Entered: 12/19/2024) |
| 12/23/2024 | | SCHEDULING ORDER re 13 Stipulation filed by Sebastian Correa Morales –– The parties' 13 stipulation is so–ordered with the following modifications: A two–day hearing on the 1 petition will take place on January 22 and 23, 2025, at 10:00 a.m. in Courtroom 2F North. In addition to the deadlines listed in the stipulation, parties are to submit any motions *in limine* by January 2, 2025; responses are due by January 9, 2025. Additionally, the parties are to file trial briefs not to exceed five (5) pages, addressing the legal issues before the court and outlining their anticipated witness testimony and evidence, by January 15, 2025. Parties are to file a letter certifying the completion of all discovery by January 8, 2025. Ordered by Judge Natasha C. Merle on 12/23/2024. (AG) (Entered: 12/23/2024) |
| 12/24/2024 | 14 | *Respondent's* ANSWER to 1 Complaint,, *Petition for Return of Child to Colombia*, COUNTERCLAIM *for Attorney Fees* against Sebastian Correa Morales by Juliana Escobar Restrepo. (Attachments: # 1 Exhibit Text Messages) (Fankbonner, Edgar) (Entered: 12/24/2024) |
| 01/02/2025 | 15 | Letter *re: extension on consent* by Sebastian Correa Morales (Banuchis, Michael) Modified on 1/2/2025 (AG). Added MOTION to Adjourn Conference on 1/2/2025 (AG). (Entered: 01/02/2025) |
| 01/02/2025 | | ORDER granting 15 Motion for Extension of Time to File; granting 15 Motion to Adjourn by Sebastian Correa Morales –– The parties' joint request is granted. The schedule is amended accordingly: A two–day hearing on the 1 petition will take place on February 5 and 6, 2025, at 10:00 a.m. in Courtroom 2F North. The parties shall file any motions *in limine* by January 8, 2025; responses are due by January 10, 2025. Absent specific requests from the parties, all other deadlines remain in place. Pursuant to Rule I.F.1 of this Court's Individual Practice Rules, requests for extensions of time must be made at least two business days prior to the scheduled deadline. Failure to comply with this rule without showing good cause may result in denial of such |

| | | |
|---|---|---|
| | | requests in the future. Ordered by Judge Natasha C. Merle on 1/2/2025. (AG) (Entered: 01/02/2025) |
| 01/02/2025 | | ORDER: The Court is in receipt of each party's *ex parte* settlement statement. After careful review of the statements and in light of the discussion held at the Pre–Settlement Conference on 12/17/2024, the Court has determined that a settlement conference would not be productive at this time. In light of these concerns, the settlement conference scheduled for 1/3/2025 at 11:00a.m. is adjourned *sine die*. All other deadlines remain in effect. Ordered by Magistrate Judge Taryn A. Merkl on 1/2/2025. (KKS) (Entered: 01/02/2025) |
| 01/06/2025 | 16 | *Reply* ANSWER to 14 Answer to Complaint,, Counterclaim, by Sebastian Correa Morales. (Min, Richard) (Entered: 01/06/2025) |
| 01/07/2025 | 17 | Letter *re: Trial Dates* by Sebastian Correa Morales (Banuchis, Michael) Modified on 1/8/2025 (AG). (Entered: 01/07/2025) |
| 01/08/2025 | 18 | Letter *Re. Completion of Discovery and Deadlines for Motions in Limine, Exchange of Exhibits* by Sebastian Correa Morales, Juliana Escobar Restrepo (Fankbonner, Edgar) (Entered: 01/08/2025) |
| 01/08/2025 | 19 | MOTION in Limine by Sebastian Correa Morales. (Attachments: # 1 Memorandum in Support) (Banuchis, Michael) (Entered: 01/08/2025) |
| 01/08/2025 | 20 | MOTION in Limine by Juliana Escobar Restrepo. (Fankbonner, Edgar) (Entered: 01/08/2025) |
| 01/10/2025 | 21 | Letter *on consent* by Sebastian Correa Morales (Attachments: # 1 Exhibit, # 2 Exhibit) (Banuchis, Michael) (Entered: 01/10/2025) |
| 01/10/2025 | 22 | SCHEDULING ORDER re 21 Letter filed by Sebastian Correa Morales –– The Court GRANTS the parties' stipulated amended schedule, ECF No. 21–1, as modified. The parties are again reminded that pursuant to Rule I.F.1 of this Court's Individual Practice Rules, requests for extensions of time must be made at least two business days prior to the scheduled deadline. Failure to comply with this rule without showing good cause may result in denial of such requests in the future. **ORDER ATTACHED.** Ordered by Judge Natasha C. Merle on 1/10/2025. (ERB) (Entered: 01/10/2025) |
| 01/13/2025 | 23 | RESPONSE to Motion re 20 MOTION in Limine filed by Sebastian Correa Morales. (Banuchis, Michael) (Entered: 01/13/2025) |
| 01/13/2025 | 24 | MEMORANDUM in Opposition *to Petitioner's Motion in Limine* filed by Juliana Escobar Restrepo. (Attachments: # 1 Exhibit New Jersey Divorce Complaint) (Fankbonner, Edgar) (Entered: 01/13/2025) |
| 01/15/2025 | | ORDER granting 17 Motion to Adjourn by Sebastian Correa Morales –– The request is granted on consent. The two–day hearing on the 1 petition previously scheduled for February 5 and 6, is rescheduled to February 24 and 26, 2025, at 10:00 a.m. in Courtroom 2F North. Ordered by Judge Natasha C. Merle on 1/15/2025. (AG) (Entered: 01/15/2025) |
| 01/16/2025 | 25 | STIPULATION *re: access* by Sebastian Correa Morales (Banuchis, Michael) (Entered: 01/16/2025) |
| 01/17/2025 | 26 | INTERIM CONSENT ORDER re 25 Stipulation filed by Sebastian Correa Morales –– So Ordered. Ordered by Judge Natasha C. Merle on 1/17/2025. (AG) (Entered: 01/17/2025) |
| 01/22/2025 | | SCHEDULING ORDER –– A final pretrial conference will be held on February 12, 2025, at 12:30 p.m. in person in Courtroom 2F North. Ordered by Judge Natasha C. Merle on 1/22/2025. (AG) (Entered: 01/22/2025) |
| 01/23/2025 | 27 | Exhibit List by Juliana Escobar Restrepo. (Fankbonner, Edgar) (Entered: 01/23/2025) |
| 01/23/2025 | 28 | Witness List by Juliana Escobar Restrepo (Fankbonner, Edgar) (Entered: 01/23/2025) |
| 01/23/2025 | 29 | Exhibit List by Sebastian Correa Morales. (Min, Richard) (Entered: 01/23/2025) |

| | | |
|---|---|---|
| 01/23/2025 | 30 | Witness List by Sebastian Correa Morales (Min, Richard) (Entered: 01/23/2025) |
| 01/27/2025 | 31 | STIPULATION *re: remote testimony* by Sebastian Correa Morales (Banuchis, Michael) (Entered: 01/27/2025) |
| 01/29/2025 | 32 | STIPULATION AND ORDER FOR REMOTE TESTIMONY re 31 Stipulation filed by Sebastian Correa Morales –– So Ordered. Ordered by Judge Natasha C. Merle on 1/29/2025. (AG) (Entered: 01/29/2025) |
| 01/31/2025 | 33 | Exhibit List *Amended Exhibit List* by Sebastian Correa Morales. (Banuchis, Michael) (Entered: 01/31/2025) |
| 01/31/2025 | 34 | TRIAL BRIEF by Sebastian Correa Morales (Banuchis, Michael) (Entered: 01/31/2025) |
| 01/31/2025 | 35 | Proposed Findings of Fact by Sebastian Correa Morales (Banuchis, Michael) (Entered: 01/31/2025) |
| 01/31/2025 | 36 | Exhibit List *Amended* by Juliana Escobar Restrepo. (Fankbonner, Edgar) (Entered: 01/31/2025) |
| 01/31/2025 | 37 | TRIAL BRIEF by Juliana Escobar Restrepo (Fankbonner, Edgar) (Entered: 01/31/2025) |
| 01/31/2025 | 38 | Proposed Findings of Fact by Juliana Escobar Restrepo (Fankbonner, Edgar) (Entered: 01/31/2025) |
| 02/03/2025 | 39 | Letter *re: Courtesy Copies* by Sebastian Correa Morales (Banuchis, Michael) (Entered: 02/03/2025) |
| 02/05/2025 | | SCHEDULING ORDER –– Due to an unanticipated change in the Court's schedule, the pretrial conference previously scheduled for February 12, 2025, at 12:30 p.m. is rescheduled to begin at 3:00 p.m. on the same date. Ordered by Judge Natasha C. Merle on 2/5/2025. (AG) (Entered: 02/05/2025) |
| 02/11/2025 | | **NOTICE OF CHANGE OF COURTROOM**: The final pretrial conference set for February 12, 2025, at 3:00 p.m. before District Judge Natasha C. Merle will be held in Courtroom 4F North. (AG) (Entered: 02/11/2025) |
| 02/12/2025 | | Minute Entry for proceedings held before Judge Natasha C. Merle: Pretrial Conference held on 2/12/2025. Appearances: Michael Banuchis and Camilla Redmond appeared on behalf of petitioner; and Edgar Fankbonner appeared on behalf of respondent. Case called. Discussion held. The Court ruled on the parties' motions *in limine* 19 20 orally on the record. By February 19, 2025, the parties shall: (1) submit revised witness lists as discussed; (2) file a joint exhibit list incorporating todays rulings, any stipulations, and any remaining objections; and (3) advise the Court on the status of their settlement discussions.<br>The parties are to advise the Court of their availability for February 25 by February 14, 2025. (Court Reporter Sophie Nolan.) (AG) (Entered: 02/12/2025) |
| 02/14/2025 | 40 | Letter *re: availability* by Sebastian Correa Morales (Banuchis, Michael) (Entered: 02/14/2025) |
| 02/19/2025 | 41 | Letter *joint status update re: settlement* by Sebastian Correa Morales (Banuchis, Michael) (Entered: 02/19/2025) |
| 02/19/2025 | 42 | Exhibit List *joint exhibit list* by Sebastian Correa Morales. (Banuchis, Michael) (Entered: 02/19/2025) |
| 02/19/2025 | 43 | Witness List by Sebastian Correa Morales (Banuchis, Michael) (Entered: 02/19/2025) |
| 02/19/2025 | 44 | Witness List by Juliana Escobar Restrepo (Fankbonner, Edgar) (Entered: 02/19/2025) |
| 02/20/2025 | 45 | STIPULATION *re. Visitation by Petitioner, 2–21–2025* by Juliana Escobar Restrepo (Fankbonner, Edgar) (Entered: 02/20/2025) |
| 02/20/2025 | 46 | INTERIM CONSENT ORDER re 45 Stipulation filed by Juliana Escobar Restrepo –– So Ordered. Ordered by Judge Natasha C. Merle on 2/20/2025. (AG) (Entered: 02/20/2025) |

| | | |
|---|---|---|
| 02/20/2025 | 47 | **HEARING ORDER** re 1 Petition –– The two–day hearing on the Petition will proceed as scheduled on Monday, February 24 and Wednesday, February 26, 2025. Proceedings will commence at 9:30 a.m. and adjourn at 4:30 p.m. each day. The parties shall confer and inform the Court in writing by 5:00 p.m. on Sunday, February 23 whether any direct examination will be submitted through witness affidavit(s). The parties shall file post–hearing Proposed Findings of Fact and Conclusions of Law by Wednesday, March 5, 2025. **SEE ATTACHED ORDER**. Ordered by Judge Natasha C. Merle on 2/20/2025. (AG) (Entered: 02/20/2025) |
| 02/20/2025 | 48 | Exhibit List *Amended Joint Exhibit List* by Sebastian Correa Morales, Juliana Escobar Restrepo. (Fankbonner, Edgar) (Entered: 02/20/2025) |
| 02/21/2025 | 49 | Letter *re: witness schedule* by Sebastian Correa Morales (Banuchis, Michael) (Entered: 02/21/2025) |
| 02/21/2025 | 50 | Letter *re: Courtesy Copies* by Sebastian Correa Morales (Banuchis, Michael) (Entered: 02/21/2025) |
| 02/24/2025 | | Minute Entry for proceedings held before Judge Natasha C. Merle: Bench Trial held on 2/24/2025. Appearances: Richard Min and Camilla Redmond appeared on behalf of petitioner Sebastian Correa Morales (also present); and Edgar Fankbonner appeared on behalf of respondent Juliana Escobar Restrepo (also present). Spanish interpreters Nancy Adler and Mercedes Abalos were present and sworn. Case called. Witnesses sworn, testimony received, and evidence entered. Trial continued to Wednesday February 26, 2025, at 9:30 a.m. By 12:00 p.m. tomorrow February 25, 2025, the parties shall advise the Court if they intend to offer any direct examination through witness affidavit(s). Any affidavit of direct examination shall be submitted by 3:00 p.m. tomorrow February 25. (Court Reporter Linda Marino.) (AG) (Entered: 02/24/2025) |
| 02/25/2025 | 51 | Letter *re. Testimony by Affidavit* by Juliana Escobar Restrepo (Fankbonner, Edgar) (Entered: 02/25/2025) |
| 02/25/2025 | 52 | Letter *re: affidavits* by Sebastian Correa Morales (Banuchis, Michael) (Entered: 02/25/2025) |
| 02/26/2025 | | Minute Entry for proceedings held before Judge Natasha C. Merle: Bench Trial completed on 2/26/2025. Appearances: Richard Min, Michael Banuchis and Camilla Redmond appeared on behalf of petitioner Sebastian Correa Morales (also present); and Edgar Fankbonner appeared on behalf of respondent Juliana Escobar Restrepo (also present). Spanish interpreters Nancy Adler and Mercedes Abalos were present. Witnesses sworn, testimony received, and evidence entered. Both sides rested their cases and made closing statements. Post–trial Proposed Findings of Fact and Conclusions of Law shall be filed by March 5, 2025. (Court Reporter Charleane Heading.) (AG) (Entered: 02/26/2025) |
| 02/26/2025 | 53 | Exhibit and Witness List. (AG) (Entered: 02/27/2025) |
| 02/27/2025 | 54 | STIPULATION *proposed interim access consent order* by Sebastian Correa Morales (Banuchis, Michael) (Entered: 02/27/2025) |
| 02/27/2025 | 55 | INTERIM CONSENT ORDER re 54 Stipulation filed by Sebastian Correa Morales –– So Ordered. Ordered by Judge Natasha C. Merle on 2/27/2025. (AG) (Entered: 02/27/2025) |
| 03/05/2025 | 56 | Proposed Findings of Fact by Sebastian Correa Morales (Banuchis, Michael) (Entered: 03/05/2025) |
| 03/05/2025 | 57 | Proposed Findings of Fact by Sebastian Correa Morales, Juliana Escobar Restrepo (Fankbonner, Edgar) (Entered: 03/05/2025) |
| 03/06/2025 | 58 | Proposed Findings of Fact by Juliana Escobar Restrepo (Fankbonner, Edgar) (Entered: 03/06/2025) |
| 03/06/2025 | 59 | Letter *re: courtesy copies of post trial brief* by Sebastian Correa Morales (Banuchis, Michael) (Entered: 03/06/2025) |
| 03/25/2025 | 60 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on February 26, 2025, for hearing type Bench Trial, before Judge Merle. Court |

| | | |
|---|---|---|
| | | Reporter/Transcriber Charleane M. Heading, Telephone number 718−613−2643. Email address: cheading@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 4/15/2025. Redacted Transcript Deadline set for 4/25/2025. Release of Transcript Restriction set for 6/23/2025. (Heading, Charleane) (Entered: 03/25/2025) |
| 03/25/2025 | 61 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on February 24, 2025, before Judge Natasha C. Merle. Court Reporter/Transcriber Linda A. Marino, Telephone number 718−613−2484. Email address: lindacsr@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 4/15/2025. Redacted Transcript Deadline set for 4/25/2025. Release of Transcript Restriction set for 6/23/2025. (Marino, Linda) (Entered: 03/25/2025) |
| 03/28/2025 | 62 | **FINDINGS OF FACT AND CONCLUSIONS OF LAW**: The petition is GRANTED and the child is ordered returned to Colombia. Respondent's counterclaim for attorneys' fees and costs is DENIED. Each party shall bear its own costs. The Court respectfully directs the Clerk of Court enter judgment in favor of petitioner. The parties shall submit a joint proposed order of return by April 4, 2025. **ORDER ATTACHED**. Ordered by Judge Natasha C. Merle on 3/28/2025. (AG) (Entered: 03/28/2025) |
| 03/31/2025 | 63 | JUDGMENT: ORDERED and ADJUDGED that judgment is hereby entered in favor of Petitioner, and the child is ordered returned to Colombia; and that Respondent's motion for attorneys' fees is denied. Signed by Alicia Guy, Deputy Clerk, on behalf of Brenna B. Mahoney, Clerk of Court on on 3/31/2025. (AG) (Entered: 03/31/2025) |
| 04/04/2025 | 64 | Letter MOTION to Stay *Order to Allow Respondent Time to Appeal* by Juliana Escobar Restrepo. (Fankbonner, Edgar) (Entered: 04/04/2025) |
| 04/04/2025 | 65 | Letter *joint letter re: return logistics* by Sebastian Correa Morales (Banuchis, Michael) (Entered: 04/04/2025) |
| 04/07/2025 | 66 | NOTICE OF APPEAL by Juliana Escobar Restrepo. (Fankbonner, Edgar) (Entered: 04/07/2025) |
| 04/07/2025 | | APPEAL FILING FEE DUE re 66 Notice of Appeal Payment in the amount of $605.00, can be made in person to the clerks office, or mailed in or paid online with the event *Civil Case Appeal Filing Fee*. (VJ) (Entered: 04/07/2025) |
| 04/07/2025 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 66 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 04/07/2025) |