# GOLDBERGER & DUBIN, P.C.

ATTORNEYS AT LAW
401 BROADWAY, STE 306, NEW YORK, NY 10013
(212) 431-9380
www.goldbergerdubin.com

PAUL A. GOLDBERGER*
LAWRENCE A. DUBIN*§
EDGAR L. FANKBONNER*

* MEMBER OF NY BAR
§ MEMBER OF NJ BAR

April 7, 2025

Clerk of the Court
United States Court of Appeals
for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re: *Correa v. Escobar-Restrepo*
           Docket No. 25-806

To the Clerk of the Honorable Court:

  I submit this letter in accordance with Local Rule 4.3. to advise the Court that the above-captioned appeal involves a claim under the 1980 Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act, 22 U.S.C. § 9001 et seq..

        Respectfully submitted,

        /s/ Edgar Loy Fankbonner
    by: Edgar L. Fankbonner, Esq.
      Goldberger & Rubin, PC
      Tel.: (212) 431-9380
      Fax: (212) 966-0588
      E-Mail: fankbonner@gmail.com
      *Attorneys for Appellant*

CERTIFICATE OF SERVICE

 I hereby certify that I cause the foregoing submission to be served on the following parties by uploading a true and correct copy thereof to the Court's electronic filing portal to which all parties are subscribed:

 Camilla Redmond, Esq.,
 Richard Min, Esq., and
 Michael Banuchis, Esq.
 Costal Green Kaminer Min & Rockmore LLP
 420 Lexington Ave. Ste. 2821
 New York, NY 10170

Dated: New York, New York
   April 7, 2025          /s/ Edgar Loy Fankbonner
                   Edgar Loy Fankbonner
                   Goldberger & Dubin, PC
                   401 Broadway, Suite 306
                   New York, New York 10013
                   Tel.: (917) 796-7406
                   fankbonner@gmail.com