# No. 25-806

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

SEBASTIAN CORREA MORALES,
Appellee / Petitioner,

v.

JULIANA ESCOBAR RESTREPO,
Appellant / Respondent.

**MOTION TO BE RELIEVED AS COUNSEL**

Attorney Edgar L. Fankbonner ("Attorney Fankbonner") respectfully moves to withdraw as counsel for Appellant Juliana Escobar Restrepo ("Ms. Escobar").

Ms. Escobar has not retained Attorney Fankbonner to represent her in the instant appeal and, upon information and belief, intends to retain new counsel.

Attorney Fankbonner filed Ms. Escobar's Notice of Appeal in this Court as a courtesy to Ms. Escobar and at her request, while she sought new counsel for her appeal.

1

                                                Respectfully submitted,

Dated:     New York, New York
             April 10, 2025              /s/ Edgar L. Fankbonner
                                          EDGAR L. FANKBONNER
                                          Goldberger & Dubin, PC
                                          401 Broadway, Suite 306
                                          New York, New York 10013
                                          Tel.: 917-796-7406
                                          E-Mail: fankbonner@gmail.com

**Certificate of Service**

I, Edgar L. Fankbonner, certify that on April 10, 2025 I caused the foregoing submission to be served upon the following parties by uploading a true and correct copy thereof to this Court's ECF / ACMS filing portal:

    Richard Min, Esq.
    Green Kaminer Min & Rockmore LLP
    420 Lexington Ave. Ste. 2821
    New York, NY 10170

Dated:   New York, New York
           April 10, 2025          /s/ Edgar L. Fankbonner
                                         EDGAR L. FANKBONNER
                                         401 Broadway, Suite 306
                                         New York, New York 10013
                                         (212) 431-9380