# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Sebastian Correa Morales

**CERTIFICATE OF SERVICE***

Docket Number: 25-806

v.

Juliana Escobar Restrepo

I, Edgar Loy Fankbonner, hereby certify under penalty of perjury that
(print name)

on April 11, 2025, I served a copy of Motion to Be Relieved as Counsel
(date)

_____
(list all documents)

by (select all applicable)**

___ Personal Delivery      ___ United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier     _X_ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Richard Min, Esq. | 420 Lexington Ave. Ste. 282 | New York | NY | 10170 |
| Juliana Escobar Restrepo | 1207 154th Street | Whitestone | NY | 11357 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

04/11/2025                                            s/ Edgar Loy Fankbonner
Today's Date                                          Signature

Certificate of Service Form (Last Revised 12/2015)