# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of April, two thousand twenty-five.

_____

Sebastian Correa Morales,

    Petitioner-Counter-Defendant-Appellee,

  v.

Juliana Escobar Restrepo,

    Respondent-Counter-Claimant-Appellant.

_____

**ORDER**

Docket No. 25-806

    Edgar Loy Fankbonner moves to withdraw as counsel for Appellant.

    IT IS HEREBY ORDERED that the motion is GRANTED. A copy of this order and pro se instructional forms will be mailed to Appellant at the address provided by counsel.

    For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

