# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Sebastian Correa Morales

**CERTIFICATE OF SERVICE***

Docket Number: 25-806

v.

Juliana Escobar Restrepo

I, Caroline Shepard, hereby certify under penalty of perjury that
(print name)

on May 9, 2025, I served a copy of Acknowledgment and Notice of Appearance
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery     **X** United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Juliana Escobar Restrepo | 1207 154th Street | Whitestone | NY | 11357 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

May 12, 2025
Today's Date

*signature*
Signature

Certificate of Service Form (Last Revised 12/2015)

UNITED STATES COURT OF APPEALS FOR THE
SECOND DEPARTMENT
-------------------------------------------------------------------x
SEBASTIAN CORREA MORALES,            Docket No.: 25-806

                       Petitioner-Appellee,
   -against-                                           AFFIRMATION OF SERVICE

JULIANA ESCOBAR RESTREPO,

                       Respondent-Appellant.
-------------------------------------------------------------------x

        Caroline Shepard, being duly sworn deposes and says:

        Your deponent is over the age of 18 years and is not a party to this action; my office address is 420 Lexington Avenue, Suite 2821, New York, NY 10170.

        On May 12, 2025, I served a copy of the within Acknowledgment and Notice of Appearance upon Juliana Escobar Restrepo, the Respondent-Appellant herein, by depositing a true copy thereof, enclosed in an envelope addressed as shown below, into the custody of the United States Postal Service within New York State via First Class Mail:

                       Juliana Escobar Restrepo
                       1207 154th Street
                       Whitestone, NY 11357

        I, Caroline Shepard, affirm this 12th day of May, 2025, under the penalties of perjury, under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                         *[signature]*
                                                         Caroline Shepard