# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## PRO SE SCHEDULING NOTIFICATION (NON - AGENCY CASE)

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE: Correa Morales v. Escobar Restrepo. | USCA DOCKET NUMBER: 25-806 | APPELLANT: Juliana Escobar Restrepo |
| | DISTRICT: EDNY (Brooklyn) | APPELLANT'S ADDRESS: 1207 154th St Whitestone NY 11357 |
| | DISTRICT/AGENCY NUMBER: | APPELLANT'S PHONE NUMBER: (718) 219 3356 |

Pursuant to Local Rule 31.2(a)(1)(A), I request that my brief and appendix be accepted for filing no later than ___08/15/2025___ . This date is within 91 days of the later
(MM/DD/YYYY)
of (1) the receipt of the last transcript in my case or (2) when no transcript is ordered, the required filing date of my Form D-P with the Court.

I understand that if I fail to return this signed scheduling proposal as stated above, the Court will issue an order setting a 40-day deadline to file my brief. If I fail to file my brief, the case may be dismissed.

I also understand that in the absence of extraordinary circumstances, such as a personal illness or family death, the Court will not grant a motion to extend the time to file a brief. Local Rule 27.1.(f)(1).

_____
Signature of Appellant/Petitioner

Juliana Escobar E.
Print Name

5/21/25
Date

Rev. May, 2011

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Correa Morales

v.

Escobar Restrepo

**CERTIFICATE OF SERVICE***

Docket Number: 25-806

I, __Juliana Escobar__ (print name), hereby certify under penalty of perjury that on __5/21/25__ (date), I served a copy of __Acknowledgement + Notice of Appearance, Pro se scheduling notification, Form DP__ (list all documents)

by (select all applicable)**

___ Personal Delivery    ✓ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Michael Banuchis | 420 Lexington Av. Suite 2821 | New York | NY | 10170 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

5/21/25
Today's Date

_[signature]_
Signature

Certificate of Service Form (Last Revised 12/2015)