**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: May 22, 2025<br>Docket #: 25-806<br>Short Title: Correa Morales v. Escobar Restrepo | DC Docket #: 1:24-cv-7951<br>DC Court: EDNY (BROOKLYN)<br>DC Judge: Trial Judge - Natasha C. Merle |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8527.