**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: October 16, 2025
Docket #: 25-806
Short Title: Correa Morales v. Escobar Restrepo

DC Docket #: 1:24-cv-7951
DC Court: EDNY (BROOKLYN)
DC Judge: Trial Judge - Natasha C. Merle

## NOTICE OF DEFECTIVE FILING

On October 15, 2025 the Brief, on behalf of the Appellant Juliana Escobar Restrepo, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
   _____ Missing proof of service
   _____ Served to an incorrect address
   _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
 **XX** **Failure to file appendix** ~~on CD-ROM~~ *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
 **XX** **Defective cover** *(FRAP 32)*
   _____ Incorrect caption *(FRAP 32)*
   _____ Wrong color cover *(FRAP 32)*
   **XX** **Docket number font too small *(Local Rule 32.1)***
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event

**_XX__Other: Missing the appendix required, as per FRAP 30 and LR 30.1 and the docket number on the cover of your brief is too small. Please submit an appendix containing the relevant docket entries from the district court docket, all relevant portions of the judgements, orders or opinions being appealed, and any other parts of the record you wish to direct the court's attention to.**

**You may file an appendix in either one of two ways:**

1. **Attach an appendix to the end of your brief and relabel the cover as "Brief & Appendix" and then refile under filing type "Appellant-Petitioner Brief Appendix FILED".**

   ***Or***

2. **File a separate appendix volume and file it under filing type "Appendix FILED". Then, you will be required to refile your brief, only, under filing type "Appellant-Petitioner Brief FILED".**

**Please be advised that 6 hard copies of the Brief and Appendix is required to be sent to the Court within 3-5 days after filing. Please refer to FRAP 30, LR 30.1 and LR 32.1 for more information in what consists of an appendix. Please contact EDNY (Brooklyn) to request your courtesy copy of the district court docket sheet for your appendix.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **October 20, 2025**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8527.