# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**
420 Lexington Ave., Ste 2821
New York, New York 10170
T.212.681.6400

**Long Island**
600 Old Country Rd., Ste. 410
Garden City, New York 11530
T. 516.858.2115

October 22, 2025

United States Court of Appeals
Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> *Re*:   *Correa Morales v. Escobar Restrepo*
>         Court of Appeals Docket No. 25-806

Dear Clerk of the Court:

This firm represents the Appellee, Sebastian Correa Morales, in the above referenced matter before the United States Court of Appeals for the Second Circuit. On October 20, 2025, the Appellant filed her revised Brief and Appendix.

Pursuant to Local Rule 31.2. of the Local Rules of the United States Court of Appeals for the Second Circuit, we respectfully request that the Appellee have ninety one (91) days after the filing of the last Appellant's brief to file his Brief, which would be January 19, 2026.

Thank you very much for your consideration in this matter.

Very truly yours,

/s/Michael Banuchis
Michael Banuchis
*Attorney for Appellee*

*Website:* www.gkmrlaw.com • *Email:* info@gkmrlaw.com